# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENTSPLY INTERNATIONAL INC. and DENTSPLY RESEARCH & DEVELOPMENT CORP.,** | : : : : | **CIVIL ACTION NO. 1:04-CV-0348** **(Judge Conner)** |
| **Plaintiffs** | : : | |
| v. | : : | |
| **HU-FRIEDY MFG. CO., INC.,** | : : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 5th day of May, 2005, upon consideration of joint request of counsel, communicated to court staff on the date of this order, that the parties be permitted to submit objections to designated deposition testimony during trial in the above-captioned case, it is hereby ORDERED that the parties shall be permitted to submit objections to designated deposition testimony, accompanied by a certificate of conference to remove objections, to the court during trial in the above-captioned case.  See FED. R. CIV. P. 16(b), 26(a)(3); L.R. 1.3, 30.10.  All previous case management orders remain in full force and effect except as modified herein.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge