# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENTSPLY INTERNATIONAL INC. and DENTSPLY RESEARCH & DEVELOPMENT CORP.,** | : : : : | **CIVIL ACTION NO. 1:04-CV-0348**  **(Judge Conner)** |
| **Plaintiffs** | : : | |
| v. | : : | |
| **HU-FRIEDY MFG. CO., INC.,** | : : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 13th day of June, 2005, upon consideration of the affidavit filed by plaintiffs (Doc. 120), providing an itemized list of attorney's fees and expenses for which plaintiffs seek recovery, in accordance with the prior order of court granting plaintiffs' motion for sanctions (Doc. 116), see FED. R. CIV. P. 37, and it appearing that defendant does not object to the reasonableness of the attorney's fees and expenses for which plaintiffs seek recovery (Doc. 136), totaling $2,624.00 (Doc. 120), it is hereby ORDERED that defendant shall, on or before June 20, 2005, pay to plaintiffs the sum of $2,624.00 and file proof thereof with the court.

    S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge