# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENTSPLY INTERNATIONAL INC. and DENTSPLY RESEARCH & DEVELOPMENT CORP.,** | : : : | **CIVIL ACTION NO. 1:04-CV-0348** |
| | : | **(Judge Conner)** |
| Plaintiffs | : : | |
| v. | : : | |
| **HU-FRIEDY MFG. CO., INC.,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 24th day of June, 2005, upon consideration of the affidavit filed by plaintiffs (Doc. 144), providing an itemized list of attorney's fees and expenses for which plaintiffs seek recovery, in accordance with the order of court granting plaintiffs' second motion for sanctions (Doc. 142), see FED. R. CIV. P. 37, and it appearing that defendant does not object to the reasonableness of attorney's fees and expenses for which plaintiffs seek recovery (Doc. 145), totaling $17,569.75 (Doc. 144),[1] it is hereby ORDERED that defendant shall, on or before July 1, 2005, pay to plaintiffs the sum of $17,569.75 and file proof thereof with the court.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The amount of attorney's fees requested was voluntarily reduced by plaintiffs' counsel to compensate for a recently discovered error in the fees sought and imposed against defendant with respect to the first motion for sanctions. (See Doc. 144 ¶¶ 9-10). The court appreciates this correction and commends counsel for their candor.